# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0882
LT Case No. 24-2149RU

_____

CROTTY SERVICES, INC.,

Appellant,

v.

DEPARTMENT OF
ENVIRONMENTAL PROTECTION,

Appellee.

_____

Administrative Appeal from the
Department of Environmental Protection.

Stephen B. Burch, of Smith & Associates, Melbourne, for
Appellant.

Justin G. Wolfe, Jeffrey Brown, and Josiah Leonard,
of State of Florida Department of Environmental Protection,
Tallahassee, for Appellee.


May 7, 2026


PER CURIAM.

AFFIRMED.

MAKAR, LAMBERT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____